FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 3 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50398 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-04333-BEN |
| v. | |
| PEDRO IVAN AGUILAR-QUINONES, a.k.a. PEDRO IVAN AGUILAR-QUININES | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted September 27, 2011**

Before:    HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

Pedro Ivan Aguilar-Quinones appeals his conviction for being a deported

alien found in the United States, in violation of 8 U.S.C. § 1326. We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court did not abuse its discretion by denying Aguilar-Quinones's motion for appointment of new counsel. Contrary to Aguilar-Quinones's contentions, the district court made an adequate inquiry into his complaint and the record does not reflect that the conflict between Aguilar-Quinones and his counsel lead to a complete breakdown in communication or prevented Aguilar-Quinones from presenting an adequate defense. *See United States v. Franklin*, 321 F.3d 1231, 1239 (9th Cir. 2003); *United States v. McClendon*, 782 F.2d 785, 789 (9th Cir. 1986).

**AFFIRMED.**